UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AIG Property Casualty Company, f/k/a Birmingham Fire Insurance Company of Pennsylvania and Birmingham Fire Insurance Company, et al., | Civ. No. 24-4032 (PAM/DJF) |
| Plaintiffs, | |
| v. | **MEMORANDUM AND ORDER** |
| 3M Company, f/k/a Minnesota Mining and Manufacturing Company, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Remand. (Docket No. 64.) In October 2024, Defendant 3M Company removed this lawsuit from Ramsey County District Court with the intention of transferring it to the ongoing products-liability multidistrict litigation ("MDL") in the District of South Carolina. See In re: Aqueous Film-Forming Foams (AFFF) Prods. Prods. Liab. Litig., Case No. 2:18-mm-2873-RMG (D.S.C.). In December 2024, the Court granted 3M's motion to stay this matter pending the Judicial Panel on Multidistrict Litigation's decision to transfer this action to the MDL. (Docket No. 144.) Because the Judicial Panel on Multidistrict Litigation denied 3M's request to transfer, 3M no longer opposes remand. (Docket No. 166.) Therefore, the Court grants Plaintiffs' Motion to remand this matter to Ramsey County District Court.

**CONCLUSION**

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiffs' Motion to Remand (Docket No. 64) is **GRANTED**; and

2. This matter is **REMANDED** to Ramsey County District Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 14, 2025                                    *s/ Paul A. Magnuson*
                                                         Paul A. Magnuson
                                                         United States District Court Judge